UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**EMPLOYMENT DISCRIMINATION COMPLAINT FOR
PRO SE LITIGANTS IN ACTIONS FILED UNDER
42 U.S.C. § 2000e, *et seq.*, (Title VII of the Civil Rights Act)
29 U.S.C. § 621, *et seq.*, (Age Discrimination in Employment Act); or
42 U.S.C. § 12112, *et seq.*, (Americans with Disabilities Act)**

Breshea Shamari Penson-Johnson ,
*(Write the full Name of each Plaintiff who is filing this complaint. If the names of all the Plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Case No.: 1:24-cv-176-AW-MAF
*(To be filled in by the Clerk's Office)*

UF Health Shands ,

_____ ,
*(Write the fill name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*
_____/

**Jury Trial Requested?**
☑ **YES**   ☐ **NO**



## I. PARTIES TO THIS COMPLAINT

   A. Plaintiff

   1. Plaintiff's Name: Breshea Shamari Penson-Johnson

      Address: 2905 Bridle Creek Dr SW

      City, State, and Zip Code: Conyers, GA, 30094

      Telephone: 386-292-6382 _(Home)_ _____ _(Cell)_

   2. Plaintiff's Name: _____

      Address: _____

      City, State, and Zip Code: _____

      Telephone: _____ _(Home)_ _____ _(Cell)_

      _(Provide this information for any additional Plaintiffs in this case by attaching an additional page, as needed.)_

   B. Defendant(s)

   1. Defendant's Name: UF Health Shands

      Name of Employer _(if relevant):_ _____

      Address: 1600 SW Archer Road

      City, State, and Zip Code: Gainesville, FL 32608

2. Defendant's Name: _____

   Name of Employer *(if relevant)*: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   *(Attach a page to provide this information for any additional Defendants.)*

## II. BASIS FOR JURSIDICTION

This case is brought for discrimination in employment pursuant to:

*(Check all that apply)*

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. § 2000e - § 2000e-17 *(race, color, gender, religion, national origin)* ***(Note: To bring a federal lawsuit under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)***

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. § 621 to § 634. ***(Note: To bring a federal lawsuit under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)***

- ☒ Americans with Disabilities Act of 1990 [A.D.A.], as codified, 42 U.S.C. § 12112 to § 12117. ***(Note: To bring a federal lawsuit under the A.D.A.,***

*you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other Federal Law *(be specific)*:_____

_____

☐ Relevant State Law *(specify, if known)*:_____

_____

☐ Relevant City or County Law *(specify, if known)*: _____

_____

## III. STATEMENT OF CLAIM

Write a short and plain statement of your claim. Do not make legal arguments or quote from cases. State the facts which show what happened, as well as where and when it happened. State how each Defendant was involved and explain what a Defendant did or did not do. Identify how each named Defendant caused you harm or violated federal law. Write each statement in numbered paragraphs, limited as far as practicable to a single event or incident. If more than one claim is asserted, number each claim, and ensure that a short and plain statement of facts supporting each claim is included in the facts alleged. Attach no more than two (2) additional pages to state your claim.

I was hired as Financial Specialist in August of 2020, I am an individual diagnosed with a disability. On January 11, 2023, I submitted the initial request to bring my service animal

## Statement of Claim, Continued *(Page 2 of 2)*

to work. My accommodation was denied, and I was told that I could not bring my service animal to work, because people may have allergies. I then proceeded to ask my supervisor to if I could work remotely and was also denied. I have seen other Therapy dogs in the facility Not having my service dog exacerbated my medical conditions causing me to go on medical leave. Around June 2023 my employer sent me a letter accepting my resignation, however, I never resigned from my employment. I believe I was discriminated against because of my disability in violation of the Americans with Disabilities Act of 1990, as ammended (2008) A formal complaint was filed with the EEOC. I received a Letter of Determination from the EEOC stating that they found reasonable cause to believe UF Health Shands violated the Americans with Disabilities Act of 1990, as ammended, when they failed to provide reasonable accommodation for me (Breshea Penson- Johnson) made an attempt at concilation. However, I received a Notice of Concilation Failure regarding EEOC Charge Number 510-2023-02743 and a Notice of Right to Sue. I am seeking $500,000 in punitive and compensatory damages. Because of this I have lost my residence, my vehicle, access to healthcare, investments, insurance policies, increased depression and anxiety from the loss of my other dog and their puppies. I have been displaced and suffered mental anguish for defamation, libel, and fraud. Someone recklessly submitted a fraudulent letter addressed to me accepting my resignation, that I never submitted  to intentionally cover up their termination of my employment.

A. The discriminatory conduct at issue includes *(check all that apply)*:

- ☐ Failure to hire
- ☒ Termination of employment
- ☐ Failure to promote
- ☒ Failure to accommodate disability
- ☒ Unequal terms and conditions of employment
- ☐ Retaliation
- ☐ Other acts *(specify)*: _____

*(ATTENTION: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission may be considered by the federal district court under the federal employment discrimination statutes.)*

B. The alleged discriminatory acts occurred on: June 7, 2023

- ☐ Plaintiff sought employment with Defendant on _____ or
- ☐ Was employed by Defendant from August 31, 2020 until June 7, 2023

C. The location where Plaintiff was employed or sought employment was:

Address: 1600 SW Archer Road

City, State, and Zip Code: Gainesville, FL 32608

NDFL Pro Se 7 (Rev. 12/16) Complaint Employment Discrimination
ClerkAdmin/Official/Forms

6

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. Plaintiff filed charges against Defendant with the Equal Employment Opportunity Commission or the Florida Commission on Human Rights on: September 11, 2023

B. Respondent(s) named on the charging document were: UF Health Shands

Please See Exibit A - Charge of Discrimination

*(If possible, attach a copy of the charges filed.)*

C. The Equal Employment Opportunity Commission: *(check one)*

☐ Has not issued a Notice of Right to Sue letter.

☒ Issued a Notice of Right to Sue letter which I received on July 19, 3024

*(Note: You must attach a copy of the Notice of Right to Sue letter received from the Equal Employment Opportunity Commission to this complaint.)*

D. As claimed in the Equal Employment Opportunity Commission charging document, Defendant discriminated against Plaintiff because of Plaintiff's:

☐ Gender/Sex *(please identify)* _____

☐ Race *(please identify)* _____

☐ Color *(please identify)* _____

☐ Religion *(please identify)* _____

☐ National origin *(please identify)* _____

☒ Disability/Perceived Disability *(please identify)* __Disability__

☐ Age *(please provide your year of birth only if you asserting a claim for age discrimination)* _____

☐ Other *(please identify)* _____

E. Plaintiff:

☐ Filed charges concerning this discrimination with the Florida Commission on Human Relations on ; or

☒ Did not file.

F. If asserting a claim for age discrimination, please indicate the amount of time that has elapsed since filing your charge of age discrimination with the Equal Employment Opportunity Commission regarding the Defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days ore more have elapsed.

☐ Less than 60 days have elapsed.

G. If this is a disability-related claim, did Defendant deny a request for a reasonable accommodation? ☒ Yes ☐ No

Explain: __Employer denied my request to bring my Service Animal, as well as request to work remote.__

H. The facts as set forth above in Section III of this complaint:

☐ Are still being committed by Defendant against Plaintiff

☐ Are no longer being committed by Defendant against Plaintiff

I. Plaintiff:

☐ Still works for Defendant

☒ No longer works for Defendant

☐ Was not hired

## V. RELIEF

Briefly state what damages you are requesting and include the amounts of any actual damages claimed and the basis for these amounts. Include any punitive or exemplary damages requested and state the reasons you believe you are entitled to such damages:

I am seeking $500,000 in punitive and compensatory damages. Because of this I have lost my residence, vehicle, access to healthcare, investments, insurance policies, increased depression and anxiety, from the loss of my other dog and their puppies. I have been displaced and suffered mental anguish for defamation, libel, and fraud. Someone wrecklessly submitted a fraudulent letter addressed to me accepting my resignation, that I never sent in to intentionally cover up their termination of my employment.

Plaintiff also requests that the Court grant the following relief to Plaintiff:

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☒ Defendant be directed to <u>allow employment to be reinstated without retaliation, this is to include benefits, investments, and protected date of hire</u>

☒ Plaintiff seeks costs and fees involved in litigating this case and such other relief as may be appropriate, including attorney's fees, if applicable.

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 10/08/2024    Plaintiff's Signature: *Breshea Penson Johnson*

Printed Name of Plaintiff: Breshea Shamari Penson-Johnson

Address: 2905 Bridle Creek DR SW

E-Mail Address: B.Penson.92@gmail.com

Telephone Number: 386-292-6382



**U.S. Equal Employment Opportunity Commission**
**Miami District Office**

Miami Tower
100 SE 2nd Street, Ste. 1500
Miami, FL 33131
(305) 808-1740
FAX (305) 808-1855

EEOC Charge No. 510-2023-02743

Breshea S. Penson-Johnson           Charging Party
2600 SW Williston Rd, Apt. 1804
Gainesville, FL 32608

UF Health Shands Hospital           Respondent
1600 SW Archer Rd
Gainesville, FL 32610

## LETTER OF DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination on the merits of this charge, filed under the Americans with Disability Act of 1990, as amended (ADA) and Title VII of the Civil Rights Act of 1964, as amended (TVII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party, a financial specialist, alleges she was denied a reasonable accommodation when she was not allowed to bring her service dog to work or work remotely. Charging Party alleges that blind employees were allowed to bring service dogs to work and other employees were allowed to work remotely. Charging Party further contends she received a letter accepting her resignation although she did not resign.

Respondent denies these allegations. Respondent claims that although Charging Party's specific request was not approved, she was provided an accommodation. Respondent further claims that Charging Party resigned when she failed to return to her position from FMLA leave.

Based on examination of evidence obtained during the investigation, there is reasonable cause to believe Respondent violated the Americans with Disabilities Act of 1990, as amended, when it failed to provide an effective reasonable accommodation for Charging Party and her employment was terminated.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and the Commission Regulations apply to information obtained during conciliation.

If you wish to participate in conciliation, please contact Investigator Blondel Vincent at (786) 648-5808 or by email at blondel.vincent@eeoc.gov within ten (10) days from the date of this Letter of Determination.

When the Respondent declines to enter into conciliation discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the Commission, the Commission shall inform the parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved person and the Commission. The confidentiality provisions of the statutes and Commission Regulation apply to information discussed or given during conciliation.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

*Evangeline Hawthorne*

June 18, 2024

_____                                    _____
Date                                                                Evangeline Hawthorne
                                                                            District Director


Cc:      Respondent Representative:
          Charles J. Thomas
          Attorney
          Bush Graziano Rice & Platter, P.A.
          100 South Ashley Drive, Suite 1400
          Tampa, FL  33602

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The estimated burden to complete this form is 15 minutes. The OMB control number for this information collection is 2105-0576. The authority for the collection expires on December 31, 2023.

**Warning:** It is a Federal crime to make materially false, fictitious, or fraudulent statements, entries, or representations knowingly and willfully on this form to secure disability accommodations provided under regulations of the United States Department of Transportation (18 U.S.C. § 1001).



## United States Department of Transportation Service Animal Relief Attestation Form

Service Animal Handler's Name: __BRESHEA PENSON-JOHNSON__   Phone: __(386) 292-6382__

Service Animal User's Name (if different Handler): _____   Phone: _____

Email: __b.penson.92@gmail.com__

Animal's Name: __CHASE__   Estimated Flight Length: _____

Flight Date: _____   Departure Airport: _____   Arrival Airport: _____

Check one or both boxes:

[✓] __CHASE__ will not need to relieve itself while on the aircraft.
    [Insert Animal's Name]

[ ] _____ can relieve itself on the aircraft without creating a health/sanitation issue.
    [Insert Animal's Name]

Describe how __CHASE__ will refrain from relieving itself, or relieve itself without posing a
        [Insert Animal's Name]
health/sanitation issue (e.g., the use of a dog diaper):
__He is Crate trained__
_____

[✓] I understand that if __CHASE__ causes damage, then the airline may charge me for the cost to
                [Insert Animal's Name]
repair it, as long as the airline would also charge passengers without disabilities to repair the same kind of damage.

[✓] I am signing an official document of the U.S. Department of Transportation. My answers are true to the best of my knowledge. I understand that if I knowingly make false statements on this document, I can be subject to fines and other penalties.

Signature of the handler: _Breshea P-J._   Date: 5/17/2022

Case 1:24-cv-00176-AW-MAF   Document 1   Filed 10/08/24   Page 15 of 15

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The estimated burden to complete this form is 15 minutes. The OMB control number for this information collection is 2105-0576. The authority for the collection expires on December 31, 2023.

**Warning:** It is a Federal crime to make materially false, fictitious, or fraudulent statements, entries, or representations knowingly and willfully on this form to secure disability accommodations provided under regulations of the United States Department of Transportation (18 U.S.C. § 1001).



## U.S. Department of Transportation Service Animal Air Transportation Form

Service Animal Handler's Name: __BRESHEA PENSON-JOHNSON__   Phone: __(386) 292-6382__

Service Animal User's Name (if different from Handler): _____   Phone: _____

Service Animal Handler's Email: __b.penson.92@gmail.com__   Animal's Name __CHASE__

Description of the Animal (including weight): __50 lbs. @ six months / Cream with Black marking__

**Animal Health**

[✓] __CHASE__ is vaccinated for rabies. Date of last vaccination: __04/25/2022__ Date vaccination expires in the dog: __04/25/2023__
[Insert Animal's Name]

[✓] To my knowledge, __CHASE__ does not have fleas or ticks or a disease that would endanger people or other animals.
[Insert Animal's Name]

Veterinarian's Name (signature not required): __Dr. Toots Banner__   Phone: __(352) 377-3769__

**Animal Training and Behavior**

[✓] __CHASE__ has been trained to do work or perform tasks to assist me with my disability.
[Insert Animal's Name]

Name of Animal Trainer or Training Organization: __Breshea Penson-Johnson__   Phone: __(386) 292-6382__

[✓] __CHASE__ has been trained to behave in a public setting.
[Insert Animal's Name]

[✓] I understand that a properly trained dog remains under the control of its handler. I understand that a properly trained dog does not act aggressively by biting, barking, jumping, lunging, or injuring people or other animals. It also does not urinate or defecate on the aircraft or in the gate area.

[✓] I understand that if __CHASE__ shows that it has not been properly trained to behave in public, then the airline may treat
[Insert Animal's Name]
__CHASE__ as a pet by charging a pet fee and requiring __CHASE__ to be transported in a pet carrier.
[Insert Animal's Name]                                            [Insert Animal's Name]

[✓] To the best of my knowledge, __CHASE__ has not behaved aggressively or caused serious injury to another person/dog.
[Insert Animal's Name]
If you cannot check the box above, please explain: _____

**Other Assurance**

[✓] I understand that __CHASE__ must be harnessed, leashed, or tethered at all times in the airport and on the aircraft.
[Insert Animal's Name]

[✓] I understand that if __CHASE__ causes damage, then the airline may charge me for the cost to repair it, as long as the airline
[Insert Animal's Name]
would also charge passengers without disabilities to repair the similar kinds of damage.

[✓] I am signing an official document of the U.S. Department of Transportation. My answers are true to the best of my knowledge. I understand that if I knowingly make false statements on this document, I can be subject to fines and other penalties.

Signature of the Service Animal Handler: __Breshea P-J__   Date: __5/17/2022__